UNITED STATES, Appellee

v

NATHANIEL DOW, Private, U. S. Marine Corps, Appellant

8 USCMA 734, 25 CMR 238

No. 11,050

Decided February 21, 1958

*Lieutenant (jg) Joseph A. Califano, Jr.,* USNR, was on the brief for Appellant, Accused.

*Lieutenant Colonel Charles H. Beale, Jr.,* USMC, was on the brief for Appellee, United States.

## Opinion of the Court

PER CURIAM:

The Government concedes that the staff judge advocate's advice to the general court-martial's authority is legally insufficient. Our reading of the advice confirms the concession. Accordingly, the decision of the board of review is reversed. The record of trial is returned to The Judge Advocate General of the Navy for reference to a competent general court-martial authority for further proceedings in accordance with Articles 61, 64, and 65, Uniform Code of Military Justice, 10 USC §§ 861, 864, and 865. United States v Grice, 8 USCMA 166, 23 CMR 390.